PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jesse Winters Jr.             Cr.: 96-00250-001
                                                                                        PACTS #: 5624

Name of Sentencing Judicial Officer:    THE HONORABLE ALFRED J. LECHNER
                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/30/1996

Original Offense: Felon in Possession of a Firearm

Original Sentence: 200 months imprisonment, 60 months supervised release

Special Conditions: Drug Treatment, Alcohol Treatment, Mental Health Treatment, Other Condition, Fine, Special Assessment

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/26/1999

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 9, 2015, Winters submitted a urine sample which yielded positive results for marijuana use. |

U.S. Probation Officer Action:
While the probation office is discouraged by Winters' actions, we are requesting an opportunity to address his noncompliance internally. Winters' will be referred to The Father's on Fire Program (outpatient drug treatment program). If Your Honor agrees with our plan, the probation office will present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

                                                                    Respectfully submitted,
                                                                    By: Jamel H. Rucks-Dorsey
                                                                        U.S. Probation Officer
                                                                        Date: 10/27/2015

Prob 12A – page 2
Jesse Winters Jr.

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

Nov. 4, 2015
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
SR. DEPUTY CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
DEPUTY CHIEF PROBATION OFFICER

October 28, 2015

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Andrea Lewis-Walker, Deputy-In-Charge

U.S. District Court Clerk's Office
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101-0419

RE:   Winters Jr., Jessie
      Dkt. No. 96-00250-001
      **Request for Reassignment**

Dear Ms. Lewis-Walker:

On October 30, 1996, the above-captioned defendant was sentenced by the Honorable Alfred J. Lechner, Jr., U.S. District Judge, to 200 months of imprisonment with five (5) years of supervised release to follow.

Inasmuch as Jessie Winters Jr., has not complied with the conditions of his supervised release, we kindly request that your office have this matter reassigned to a new judge for review. Please forward the enclosed materials to the newly assigned Judge and advise this office of said assignment.

If you have any questions or concerns please contact the undersigned at (973) 885-3968. Thank you in advance for your anticipated cooperation.

Sincerely,

By: Jamel H. Dorsey
U.S. Probation Officer

jhd/
Enclosure(s)

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
SR. DEPUTY CHIEF PROBATION OFFICER

BETH L. NEUGASS
DEPUTY CHIEF PROBATION OFFICER

October 28, 2015

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Judge Designate
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102

RE: WINTERS Jr., Jesse
Dkt. No. 96-00097-001
Notice of Noncompliance-Request for Written Reprimand

Dear Judge Designate:

On October 30, 1996, Honorable Alfred J. Lechner, Jr., United States District Judge, sentenced the above-named offender to 200 months imprisonment followed by five years of supervised release for possession of a firearm by a convicted felon. The offender was ordered to pay a $3,000 fine and $50 special assessment and abide by the following special conditions: 1) drug testing/treatment; 2) full financial disclosure; 3) mental health treatment; and 4) DNA collection. On May 26, 1999, the offender began his term of supervision.

As detailed in the attached petition, Winters is considered to be in noncompliance with the conditions of supervision. If Your Honor agrees with our position and plan for addressing the noncompliance, please sign the petition as a formal written reprimand issued by the Court. If Your Honor wishes to discuss this matter, or order an alternative course of action, please contact the undersigned officer at 973-885-3968.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Jamel H. Dorsey
U.S. Probation Officer

jhd/
Attachment